**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA**

TURBINE GENERATOR MAINTENANCE, INC., a Florida corporation,

    Plaintiff,

vs().

CASE NO. 2:15-cv-478-SPC-MRM

FLAMBEAU RIVER PAPERS, LLC, a Wisconsin limited liability company,

    Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

**__X__ IS** related to any pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below.

<u>Flambeau Riber Papers, LLC v. Turbine Generator Maintenance, Inc.</u>, Price County Wisconsin Case No. 2015-cv-53.

**_____ IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to any non-CM/ECF participants.

Dated: August 31 2015

  /s/ MARK C. ANDERSON, ESQ.
Florida Bar No. 631922
Buchanan Ingersoll & Rooney PC
*Attorneys for Plaintiff, Turbine Generator*
Post Office Box 1567
Fort Myers, Florida 33902
(239) 334-7892
(239) 334-3240 facsimile
mark.anderson@bipc.com